UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL CASE NO. 03-5-DLB**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                **ORDER**

**JOHN F. WRIGHT**                                                                                      **DEFENDANT**

*************************

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #148), and there being no objections filed thereto; and Defendant having been given the opportunity to allocute by filing a request to address the Court prior to final sentencing (*id.* at 5), and Defendant having failed to file such notice requesting allocution, and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc #148) be, and it is, hereby **adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct his Sentence be **denied** (Doc. #131), and this matter is hereby **dismissed with prejudice** and **stricken** from the Court's active docket.

This 2nd day of October, 2009.



Signed By:
*David L. Bunning*   DB
United States District Judge